**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0000046**
**18-JUN-2013**
**10:31 AM**

NO. CAAP-13-0000046

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BRETT PHILLIPS, Plaintiff-Appellee,
v.
GREEN GLOBAL COMMUNITIES, INC., dba HIWIND POWER AND HIEV,
Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 12-1-0273(1))

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On January 25, 2013, Defendant-Appellant Green Global Communities, Inc. dba HIWIND Power and HIEV (Appellant), filed a notice of appeal;

(2) The record on appeal was filed on March 27, 2013, and the appellate clerk informed Appellant that the statement of jurisdiction was due by April 8, 2013, and the opening brief was due by May 6, 2013;

(3) Appellant did not file either document;

(4) On May 24, 2013, the appellate clerk informed Appellant that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the court's attention on June 3, 2013, for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellant did not file a statement of jurisdiction or opening brief, or respond to the default notice. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, June 18, 2013.

Chief Judge

Associate Judge

Associate Judge